■ In the Matter of Anna Ciano, Petitioner, v Maxwell J. Wiley et al., Respondents. [964 NYS2d 909]—The above-named petitioner having presented applications to this Court praying for an order, pursuant to article 78 of the Civil Practice Law and Rules, and for related relief, now, upon reading and filing the papers in said proceeding, and due deliberation having been had thereon, it is unanimously ordered that the applications be and the same hereby are denied, and the petition dismissed, without costs or disbursements. Concur—Mazzarelli, J.P., Sweeny, Freedman and Gische, JJ.